IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2009 OCT 28 AM 10: 18

JOHN KILEY SCHEFFLER, )
)
    Petitioner, )
)
v. ) CASE NO. CV409-119
)
JAMES CAMON, Warden, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 7.) After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. Accordingly, the Petition is **DISMISSED WITHOUT PREJUDICE**.[1] (Doc. 1.) The **Clerk of Court** is **DIRECTED** to **CLOSE THIS CASE.**

SO ORDERED this 28th day of October, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Because the Petition has been dismissed, Petitioner's Motion to Compel is **DISMISSED AS MOOT**. (Doc. 6.)